### (November 23, 1943.)

JOHN BAUDASSI et al., Respondents, v. LOREN BATTASTONI, Appellant, JOSEPH BATTASTONI, Defendant, and MARY FERNANDEZ, as Administratrix of the Estate of JOSEPH FERNANDEZ, Deceased, Defendant-Respondent. (Action No. 1.) MARY C. FERNANDEZ, as Administratrix of the Estate of JOSEPH FERNANDEZ, Deceased, Respondent, v. LOREN BATTASTONI, Appellant, et al., Defendants. (Action No. 2.)

Present — Close, P. J., Carswell, Johnston, Adel and Lewis, JJ.

### (November 29, 1943.)

MILTON MEISELMAN, an Infant, by FANNY MEISELMAN, His Guardian ad Litem, Appellant, v. CROWN HEIGHTS HOSPITAL, INC., et al., Respondents.—

Present — Close, P. J., Hagarty, Adel, Taylor and Lewis, JJ.

AMBROSE CONTRACTING CO., INC., Respondent, v. LEW MORRIS DEMOLITION CO., INC., Appellant, et al., Defendants.—

No opinion. Close, P. J., Hagarty, Adel, Taylor and Lewis, JJ., concur.

In the Matter of WALTER BOMBA, Judgment Creditor, Appellant, v. MARY BOROWICZ, Judgment Debtor. FRANK BOROWICZ, Respondent.—

Hagarty, Acting P. J., Carswell, Johnston, Adel and Lewis, JJ., concur.